# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## 5:07-CV-00131

| | |
|---|---|
| CECILIA L. STANLEY, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | EAJA JUDGMENT |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's petition for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), and it appearing that such a petition should, in accordance with the teachings of the Supreme Court in Shalala v. Schaefer, 509 U.S.292 (1993), be entertained where, as here, a previously entered remand was a "final decision" under sentence four of 42, United States Code, Section 405(g);

**AND IT FURTHER** appearing that the time expended by counsel was necessary for the adequate prosecution of this matter, that the proposed rate of pay is reasonable based on counsel's experience and skill in accordance with 28, United States Code, Section 2412, and that the total fee is reasonable for the services rendered;

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that plaintiff's Application for Attorney's Fees and Other Expenses (#16) is **GRANTED**, and an attorney's fee in the amount of $1,820.00 is **AWARDED** to counsel of record for plaintiff, as assignee of plaintiff, pursuant to the provisions of EAJA. No further petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: July 14, 2008

Dennis L. Howell
United States Magistrate Judge